```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 5:07-mj-00020 TAG
                                )
12                 Plaintiff,   )
                                )  ORDER TO UNSEAL
13          v.                  )  CRIMINAL COMPLAINT
                                )  AND ARREST WARRANT
14  FIDEL RAMON CASTRO,         )
                                )
15                 Defendant.   )
                                )
16
```

17    The criminal complaint and arrest warrant in this case,
18 having been sealed by Order of this Court pursuant to Rule 6(e) of
19 the Federal Rules of Criminal Procedure, and it appearing that it
20 no longer need remain secret,
21    IT IS HEREBY ORDERED that the criminal complaint and arrest
22 warrant be unsealed and made public record.

25 IT IS SO ORDERED.

26 **Dated:   May 30, 2007**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1