IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| Plaintiff, | ) | |
| v. | ) | PROPOSED ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| FIDEL RAMON CASTRO, et al., | ) | |
| Defendants. | ) | |

The United States of America having re-applied to this Court for an order permitting its agents to destroy bulk marijuana which it has seized in this matter pursuant to a duly authorized search warrant, and good cause appearing therefor,

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy all but the gross samples of bulk marijuana plants seized in this case and assigned DEA Exhibit #11.

IT IS SO ORDERED.

Dated:   **August 1, 2007**                    **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE

1