McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-cr-0150 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| FIDEL RAMON CASTRO, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to vacate the trial confirmation and trial dates in this matter,

IT IS THE ORDER of the Court that the current trial confirmation date of August 11, 2008, and trial date of September 3, 2008, are hereby vacated and that a status conference will be set for November 3, 2008, at 9:00 a.m.;

IT IS THE FINDING of the Court that the ends of justice would be served by the granting of the continuance to allow for further investigation, further trial preparation, and/or potential resolution and due to the unavailability of defense counsel, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161

1

1  (h)(8)(A);
2       IT IS FURTHER THE ORDER of the Court that time is excluded
3  for the reasons set forth herein.
4
5  IT IS SO ORDERED.
6  **Dated:   August 4, 2008**               /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE