BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| FIDEL RAMON CASTRO | ) | |
| Defendant. | ) | |

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree, nunc pro tunc, to vacate the November 15, 2010, hearing date and reset the matter for January 10, 2011, at 9:00 a.m.

2.  The parties stipulate that the continuance is necessitated to effectuate the terms of the plea agreement.

DATED: November 17, 2010                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney
                                            By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                               Assistant U.S. Attorney

1

```
                                    /s/ Nicholas Reyes
                                    NICHOLAS REYES
                                    Attorney for Defendant
                                    FIDEL RAMON CASTRO
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the sentencing in the above-captioned matter is hereby reset for January 10, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:     November 18, 2010                  _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

2