BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE: CONTINUANCE |
| FIDEL RAMON CASTRO | ) | |
| | ) | |
| Defendant. | ) | |

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the May 2, 2011, sentencing hearing, set in this matter, and reset the matter for June 20, 2011, at 1:30 p.m.

    2.  The parties stipulate that the continuance is necessary

////
////
////

1

1 due to the unavailability of counsel for the government, who will
2 be on sick leave.
3 DATED: April 7, 2011                    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Karen A. Escobar
      KAREN A. ESCOBAR
      Assistant U.S. Attorney

    /s/ Nicholas Reyes
    NICHOLAS REYES
    Attorney for Defendant
    FIDEL RAMON CASTRO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 2, 2011, is hereby vacated in this matter and is reset for June 20, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:    April 9, 2011         _____
                                CHIEF UNITED STATES DISTRICT JUDGE

2