```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | STIPULATION AND ORDER: |
| | ) | CONTINUANCE |
| FIDEL RAMON CASTRO | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    The parties to the above-captioned matter agree to vacate the June 20, 2011, sentencing hearing, set in this matter, and reset the matter for July 11, 2011, at 1:30 p.m.

DATED: June 4, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
                                               Assistant U.S. Attorney

```
                                    /s/ Nicholas Reyes
                                    NICHOLAS REYES
                                    Attorney for Defendant
                                    FIDEL RAMON CASTRO
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of June 20, 2011, is hereby vacated in this matter and is reset for July 11, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:     June 6, 2011                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE