```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0150 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE: CONTINUANCE |
| FIDEL RAMON CASTRO | ) | |
| | ) | |
| Defendant. | ) | |

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the September 12, 2011, sentencing hearing, set in this matter, and reset the matter for November 21, 2011, at 1:30 p.m.

DATED: September 7, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

1

```
                                    /s/ Nicholas Reyes
                                    NICHOLAS REYES
                                    Attorney for Defendant
                                    FIDEL RAMON CASTRO
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of September 12, 2011, is hereby vacated in this matter and is reset for November 21, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:     September 7, 2011                  [signature]
                                    CHIEF UNITED STATES DISTRICT JUDGE