```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )   1:07-cr-0150 AWI
                                      )
12              Plaintiff,            )
                                      )
13       v.                           )   STIPULATION AND
                                      )   ORDER RE: CONTINUANCE
14  FIDEL RAMON CASTRO                )
                                      )
15              Defendant.            )
    _____)
16
```

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the December 12, 2011, sentencing hearing, set in this matter, and reset the matter for January 23, 2011, at 9:00 a.m.

DATED: December 7, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

1

/s/ Nicholas Reyes
NICHOLAS REYES
Attorney for Defendant
FIDEL RAMON CASTRO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of December 12, 2011, is hereby vacated in this matter and is reset for January 23, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated:     December 7, 2011
CHIEF UNITED STATES DISTRICT JUDGE

2