```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-0150 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER RE: CONTINUANCE |
| FIDEL RAMON CASTRO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and WILLIAM WONG, JASON HITT, and KAREN A. ESCOBAR, Assistant United States Attorneys, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the August 6, 2012, sentencing hearing, set in this matter, and reset the matter for August 20, 2012, at 10:00 a.m. to accommodate the work schedule of AUSA Escobar, who must appear for oral argument in the Ninth Circuit on August 6 in the matter of <u>US v. HOS</u>, C.A. NO. 11-10115, D.C. NO. 1:04CR5171 AWI.

```
 1  DATED: June 27, 2012                    Respectfully submitted,

 2                                          BENJAMIN B. WAGNER
                                            United States Attorney
 3                                          WILLIAM WONG
                                            JASON HITT
 4                                          Assistant U.S. Attorneys

 5                                          By: /s/ Karen A. Escobar
                                               KAREN A. ESCOBAR
 6                                          Assistant U.S. Attorney

 7                                             /s/ Nicholas Reyes
                                            NICHOLAS REYES
 8                                          Attorney for Defendant
                                            FIDEL RAMON CASTRO
 9
```

10                    O R D E R

11   Having read and considered the foregoing stipulation,

12   IT IS THE ORDER of the Court that the current hearing date of
13   August 6, 2012, is hereby vacated in this matter and is reset for
14   August 20, 2012, at 10:00 a.m.

15
     IT IS SO ORDERED.
16

17   Dated:     June 27, 2012        _____
                                     CHIEF UNITED STATES DISTRICT JUDGE
18

2