HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FIDEL RAMON CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   1:07-cr-00150-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO APPOINTMENT CJA PANEL ATTORNEY** |
| v. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| FIDEL RAMON CASTRO, | |
| Defendant. | Judge: Hon. ANTHONY W. ISHII |

Pursuant to General Order 546, the parties request that, in lieu of appointing the Federal Defender's Office, a CJA panel attorney be appointed to represent FIDEL RAMON CASTRO on motion for reduction under 18 U.S.C. §3582(c)(2) and Amendment 782.

Dated:   November 4, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
FIDEL RAMON CASTRO

Dated:   November 4, 2015

BENJAMIN B. WAGNER
United States Attorney


_/s/ Kathleen A. Servatius_____
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA


## ORDER

IT IS HEREBY ORDERED that based on the request of the parties that, in lieu of appointing the Federal Defender's Office, a CJA panel attorney be appointed to represent FIDEL RAMON CASTRO on motion for reduction under 18 U.S.C. §3582(c)(2) and Amendment 782.


IT IS SO ORDERED.

Dated:   November 4, 2015                    _____

SENIOR  DISTRICT  JUDGE

2